UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

PEDRO BETANCOURT and his spouse,            CIVIL ACTION
CONSUELO LOPEZ BETANCOURT


v.                                          NO. 06-6875


AUTO CLUB FAMILY INSURANCE COMPANY          SECTION "F"
and AAA INSURANCE OF ST. LOUIS,
MISSOURI


ORDER AND REASONS

　　　　Before the Court is the plaintiffs' motion to remand. The plaintiffs argue that the amount-in-controversy requirement to invoke the diversity jurisdiction of this Court is not met. The defendants argue that while the plaintiffs' policy limits may be under $75,000, the fact that they have requested penalties under state law places the amount in controversy over $75,000, therefore completing the diversity requirements. But this issue has already been resolved by other Sections of this Court. For the reasons that follow, the motion is GRANTED.

　　　　Although the Betancourts pled in their original complaint a request for the amount of their homeowners' policy limit plus penalties allowed under Louisiana law, the Betancourts bound

1

themselves irrevocably by expressly stating in their complaint that the requested aggregated damages, "including claims for penalties and statutory attorneys fees...do not exceed $75,000."

This fact-pattern is similar to the facts in <u>Engstrom v. L-3 Communications Gov't Svcs., Inc.</u>, 2004 WL 2984329, at *5 (E.D La. Dec. 23, 2004)(relying on <u>DeAguilar v. Boeing</u>, 47 F.3d 1404 (5th Cir. 1995)), where Judge Englehart held that an identical stipulation in the original complaint was sufficient to establish that plaintiffs could not recover more than the jurisdictional amount as a matter of law.  Other Sections of this Court are in concurrence with this finding.  <u>See Davis v. State Farm Fire & Casualty</u>, 2006 WL 1581272 (E.D. La. June 7, 2006)(Vance, J.)(consolidated with 06-0569, 06-0830, 06-0831, 06-1090, 06-1091, 06-1092, 06-1292, and 06-1597).

Accordingly, the plaintiffs' motion to remand is GRANTED.

New Orleans, Louisiana, November 20, 2006.

_____
MARTIN L. C. FELDMAN
UNITED STATES DISTRICT JUDGE